AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| __UNITED STATES__ ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 12-CR-10015-WGY |
| __GREGG CAPLITZ et al__ ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

__ROSALIND HERMAN__.

Date: __03/30/2012__

*Attorney's signature*

JEFFREY A. DENNER
*Printed name and bar number*  120520

4 Longfellow Place 35th Floor
Boston MA 02114
*Address*

JDenner@DennerPellegrino.com
*E-mail address*

617 227-2800
*Telephone number*

617-973-1562
*FAX number*