UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 1:12-cr-10015-WGY |
| GREGG D. CAPLITZ, ET AL. | |

## DEFENDANTS' JOINT ASSENTED-TO MOTION TO CONTINUE TRIAL DATE

The Defendants, Rosalind Herman and Gregg Caplitz (collectively "the Defendants"), by and through respective undersigned counsel, hereby jointly move this Honorable Court to continue the trial date in the above-captioned matter from the presently scheduled date of April 29, 2013, to a date in mid to late September 2013 convenient to the Court and Counsel. As grounds therefor the Defendants state:

1. Your undersigned, Jeffrey Denner, is presently on trial in Los Angeles California Superior Court in the matter of *People v. Christian K. Gerhartsreiter* a.k.a. Clark Rockefeller, No. GA078321. Jury selection began on March 11th, and evidence is expected to begin on or about March 19, 2013. The trial is expected to last at least six (6) weeks, through the end of April and/or beginning of May 2013, absent deliberations, which will clearly conflict with the present trial date above.

2. Your undersigned, Jeffrey Denner, is presently scheduled for trial on April 8, 2013 as counsel for Hagop Sarkissian in the matter of *United States v. Madarati et al*, No. 11-cr-10195-RWZ in United States Court for the District of Massachusetts, a multi-defendant case which is expected to be continued to at least April 29, 2013 (and perhaps beyond) and could take

three (3) to four (4) weeks to litigate, and which will also conflict with the presently scheduled trial date in the instant matter.

3. Your undersigned, Jeffrey Denner, is scheduled to begin trial in the matter of *Commonwealth v. Matthew Pike*, No. NOCR2011-00665; -00863; -00874, which has been continued to June 18, 2013 in Norfolk County Superior Court, with, upon information and belief, no further continuances. The matter has already been continued several times, and the defendant is in custody. The trial, of a Massachusetts corrections officer charged with rape of a child, is expected to go through the end of June 2013.

4. Your undersigned, Jeffrey Denner, is also scheduled for trial on June 17, 2013, in the matter of *Commonwealth v. Brooke Uttley*, a vehicular homicide case, No. MICR2012-00342 in Middlesex County Superior Court. Should that case not be resolved by plea agreement, it is expected that the case will have to be continued.

5. Your undersigned, Jeffrey Denner, is scheduled for sentencing in *United States v. Garrett Denniston*, No. 13-cr-00036 in United States Court for the District of Connecticut (New Haven) in mid-June, which will require advance preparation, including researching and drafting of a comprehensive sentencing memorandum. It is expected that case will also have to be continued.

6. Your undersigned, Jeffrey Denner, is scheduled for sentencing in *United States v. Robert Brown, Jr.*, No. 12-cr-00165 in United States Court for the District of Rhode Island in early-June, which will require advance preparation, including researching and drafting of a comprehensive sentencing memorandum. It is expected that case will also have to be continued.

7. Your undersigned, Jeffrey Denner, is scheduled for several other interim matters between now and the requested September trial date. Many of these matters were rescheduled to

accommodate Mr. Denner's prior trial schedule, as he was on trial from late October to December 2012 in the matter of *Commonwealth v. Timothy Cahill*, No. SUCR2012-10348 in Suffolk County Superior Court.

8. Your undersigned, Jane Peachy, is expecting a baby in mid-July, and is scheduled for maternity leave from July 15th through September 15, 2013.

9. Your undersigned, Jane Peachy, is scheduled to begin a three (3) defendant trial on October 7, 2013 in the matter of *United States v. George Whalen, et al.*, No. 12-cr-10055-JLT, which is expected to last one (1) week.

10. Co-counsel for the Government, Sean Delaney, is not available for trial in July 2013.

11. Co-counsel for the Government, Sara Bloom, is not available for trial for the majority of August 2013.

12. Your undersigned Jeffrey Denner has been informed by the Government, that both Assistant U.S. Attorney Sara Bloom, and Assistant U.S. Attorney Sean Delaney expressly assent to the requested continuance.

13. Further, it is likely that the circumstances of the underlying case may be expanding, as the Defendants were served on Sunday, March 17, 2013 with a Restraining Order (Wolf, J.) brought by the SEC against the Defendants and others, alleging *inter alia* securities fraud. (Mr. Denner has not had the opportunity to read the actual complaint at present.) Your undersigned Jeffrey Denner has also become aware (from a non-Governmental source) that at least one individual expected to testify in this new, civil matter has also been informed that s/he is to be called before a Federal Grand Jury, presumably to testify relative to issues which are also contained in the newly served civil matter alleging securities fraud.

14. Defendant Herman has not finished her investigation, analysis and designation of experts in the instant pending criminal matter, in some part because of the trial schedule of your undersigned Jeffrey Denner, related above, and requires additional time to do so,.

15. The parties still have considerable preparation to do in advance of being ready for trial given changing circumstances with regard to discovery and experts.

16. All of the parties are confident that a trial date at the end of September can be kept, and that if the instant request for a continuance is granted, trial will proceed at that time.

17. The Defendants agree to waive the intervening time from the presently scheduled trial date to whatever future trial date is selected for purpose of Speedy Trial.

18. The Defendants request any other such relief as is necessary and proper.

WHEREFORE, the Defendants jointly move this Honorable Court to continue the trial date in above-captioned matter from the presently scheduled date of April 29, 2013, to a date in mid to late September 2013 convenient to the Court and Counsel.

Dated: March 19, 2013                    Respectfully submitted,

| | |
|---|---|
| ROSALIND HERMAN<br>By and through her attorneys, | GREGG D. CAPLITZ<br>By and through his attorneys, |
| /s/ *Jeffrey A. Denner*<br>Jeffrey A. Denner, BBO#120520<br>DENNER♦PELLEGRINO, LLP<br>Four Longfellow Place, 35th Floor<br>Boston, Massachusetts 02114<br>Tel.: (617) 227-2800<br>Fax: (617) 973-1562<br>jad@dennerpellegrino.com | /s/ *Jane F. Peachy*<br>Jane F. Peachy<br>Page Kelley<br>Federal Public Defender Office<br>District of Massachusetts<br>51 Sleeper Street, 5th Floor<br>Boston, MA 02210<br>Tel.: (617) 223-8061<br>jane_peachy@fd.org |

**ASSENTED TO:**

/s/ *Sara M. Bloom*  
Sara M. Bloom, AUSA  
U.S. Attorney's Office  
1 Courthouse Way, Suite 9200  
Boston, MA 02210  
Tel.:   (617) 748-3265  
sara.bloom@usdoj.gov

/s/ *Sean R. Delaney*  
Sean R. Delany, AUSA  
U.S. Department of Justice  
601 D Street NW, Room 7129  
Washington, DC 20530  
Tel:    (202) 616-8686  
sean.delaney2@usdoj.gov

## Certificate of Service

I, Jeffrey A. Denner, hereby certify that on this the 19th day of March 2013, I caused a true copy of the foregoing *Defendants' Joint Assented-to Motion to Continue Trial Date* to be served upon all necessary parties of record by electronically filing the same via the CM/ECF system.

/s/  *Jeffrey A. Denner*  
Jeffrey A. Denner