UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>Rosalind Herman, )<br>Defendant. )<br>) | Crim. No. 12-10015-WGY |

## MOTION TO WITHDRAW APPEARANCE BY COUNSEL FOR THE DEFENDANT

NOW COMES, attorneys Robert M. Griffin, Vikas S. Dhar, and the law firm of Dhar Law, LLP, counsel on behalf of Rosalind Herman, Defendant in the above-captioned matter and respectfully request this Honorable Court to allow the withdrawal of their appearance as counsel of record, pursuant to Local Rule 83.5.2(c) and Massachusetts Rules of Professional Conduct Rule 1.16.

In support of this request, counsel states that a material and irretrievable breakdown in the attorney-client relationship has occurred, and a total divergence of opinion as to strategy in this matter exists, thus eradicating counsel's ability to ethically and zealously represent Defendant's interests in the above-captioned matter.

At the time of the filing of this motion, pursuant to applicable Rules of Professional Conduct governing members of the bar of the Commonwealth of Massachusetts and of the Federal Bar, counsel for the Defendant are unable to proceed to ethically fulfill their obligations to the Defendant while adhering to the rules of court.

WHEREFORE, for the aforementioned reasons, counsel request that this Court allow this motion.

Respectfully Submitted:

/s/ Robert Griffin
Robert M. Griffin BBO No. 553893
rgriffin@dharlawllp.com
Vikas S. Dhar, BBO No. 657539
vikas@dharlawllp.com



One Constitution Center
Charlestown, Massachusetts 02129
Office: 617.880.6155
Mobile: 508.922.9794
Fax: 617.880.6160

Date: July 4, 2015

## CERTIFICATE OF SERVICE

I, Robert M. Griffin, hereby certify that a true and accurate copy of this document, and all supporting documents, if any, have been delivered by ECF upon all parties registered with CM/ECF in this matter on the date above.

/s/ Robert Griffin
Robert M. Griffin BBO No. 553893